# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTHA MCKEE-BLACKHAM,
Appellant,
vs.
BRIAN E. BLACKHAM,
Respondent.

No. 71763

**FILED**

DEC 16 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for reconsideration. Eighth Judicial District Court, Family Court Division, Clark County; Jennifer Elliott, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court lacks jurisdiction to consider an appeal from an order denying reconsideration. *See Arnold v. Kip*, 123 Nev. 410, 417, 168 P.3d 1050, 1054 (2007); *Alois v. State, Gaming Control Bd.*, 99 Nev. 184, 660 P.2d 980 (1983), *disapproved of on other grounds by AA Primo Builders v, Washington*, 126 Nev. 578, 245 P.3d 1190 (2010). Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Pickering

_____, J.
Stiglich

16-39214

cc: Hon. Jennifer Elliott, District Judge, Family Court Division
Martha McKee-Blackham
Fine Carman Price
Eighth District Court Clerk
Lawanda Brown, Transcript Video Services

